UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DON HAIR** | § | **PLAINTIFF** |
| | § | |
| V. | § Civil Action No. 1:08cv1323-LG-RHW | |
| | § | |
| **SIMON SMITH and RENAISSANCE** | § | |
| **MEDIA, LLC** | § | **DEFENDANTS** |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 12th day of November, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge